## CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joshua Matthew Crawford**<br>DOB: 1983; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-01658MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about March 31, 2023, at or near Tucson, in the District of Arizona, **Joshua Matthew Crawford** did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT 2</u>: On or about March 31, 2023, at or near Tucson, in the District of Arizona, **Joshua Matthew Crawford** did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 31, 2023, in the District of Arizona, a Border Patrol Agent (BPA) assigned to the Pima County Sheriff's Office (PCSO) Border Interdiction Unit with Arizona State Peace Officer status certification to enforce violations under Arizona Revised Statue (ARS) Title 28 Transportation Code, observed a 2002 white Dodge Ram truck with no visible license plate pass his stationary location westbound on Interstate 10 from 6th Avenue. The BPA proceeded to follow the vehicle but was not immediately able to get behind it due to heavy traffic. The BPA observed the vehicle exit the freeway at the 29th Street exit and caught up with it at the traffic intersection. While waiting at the red light, the BPA observed an Arizona temporary license plate affixed to the inside of the rear window of the vehicle, behind dark tint. The BPA conducted a vehicle stop on the vehicle for a traffic violation of ARS Title 28 License Plate Positioning/Legibility. The BPA approached the vehicle and identified himself to the driver as a U.S. Border Patrol Agent. The driver was later identified as **Joshua Matthew Crawford**. **Crawford** said his license was suspended for unpaid parking tickets and that the truck belongs to his girlfriend's brother. While speaking with **Crawford**, the BPA observed **Crawford's** hands shaking intensely and sweat running down his forehead.

The BPA conducted records checks on **Crawford** and confirmed that **Crawford's** driver's license had been suspended since 2021. The BPA initiated a PCSD Warning/Equipment Repair Order citation for the obscured license plate and asked **Crawford** to step out of the vehicle. While informing **Crawford** of the warning citation, another BPA arrived on scene. The agents requested consent to search the 2002 Dodge Ram and **Crawford** consented. One of the agents reached underneath the driver's seat and discovered a black plastic bag containing two plastic baggies. One of the plastic baggies contained suspected fentanyl pills, and the other plastic baggie contained suspected methamphetamine.

CONTINUED ON NEXT PAGE

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> *[signature]* | DATE<br>April 3, 2023 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA: Price

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

The BPA called the arrest code to the other BPA to let him know to place **Crawford** under arrest. **Crawford** immediately attempted to run and evade apprehension. **Crawford** then resisted arrest and fought with the BPAs for some time. **Crawford** threw elbow strikes, swung at the agents with closed fists, and ignored the BPAs' commands. The BPAs finally tased him when **Crawford** seemed to be going for the agent's firearm. After this, the BPAs apprehended **Crawford** without further incident.

After waiving his *Miranda* rights at approximately 7:25 a.m., **Crawford** said the vehicle wasn't his and that he didn't know what was in the vehicle. One of the BPAs questioned **Crawford** about why he was fighting if he knew nothing about what was in the vehicle. **Crawford** said he didn't want to go back to jail because he's been in prison before. The agent asked **Crawford** if he knew what kind of narcotics were in the vehicle. **Crawford** acknowledged that he knew the drugs were "meth and fentanyl pills."

At approximately 7:30 a.m., additional PCSD deputies arrived on scene. One of the BPAs continued to search the vehicle and discovered a black backpack in the back seat. The agent searched the backpack and found suspected methamphetamine, suspected fentanyl pills, plastic baggies, and a scale inside a small briefcase. BPAs also found $1,325 in **Crawford**'s wallet. Representative samples of the suspected narcotics found under the driver's seat and inside the backpack were field tested and yielded positive results for fentanyl and methamphetamine. The packages of methamphetamine weighed approximately 89.3 grams. The packages of fentanyl weighed approximately 167.7 grams.

Later in the morning, **Crawford** was reminded of his *Miranda* rights, and he agreed to provide a statement. **Crawford** said he borrowed a truck from someone he knew. This subject paid **Crawford** $150 USD to take a bag containing narcotics to a person staying at a motel near 22nd Street and Interstate 10. **Crawford** said he picked up the vehicle the night before, and the narcotics were in the vehicle prior to him picking it up. **Crawford** said the narcotics were in a plastic bag located on the front passenger seat of the vehicle. **Crawford** planned on dropping off the narcotics before going into work. **Crawford** stated that before he could drop off the narcotics, he was stopped by police. He quickly grabbed the bag of narcotics and tossed them underneath the driver's seat. **Crawford** said that there was also a bag and briefcase in the vehicle that contained narcotics. **Crawford** stated he was going to drive the bag and briefcase with him to work where the person who loaned him the vehicle would later pick them up. **Crawford** admitted that he helped this person relay messages and placed this person in contact with people whom he (**Crawford**) knew to be involved with drugs.

Pursuant to a consent search of **Crawford's** phone, BPAs located messages where **Crawford** was setting up a drug transaction.